UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24032-RAR

**JOSE RAMON GIL-PAULINO**,

    Petitioner,

v.

**KRISTI NOEM**, *Secretary of the United States Department of Homeland Security, in her official capacity, et al.*,

    Respondents.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), [ECF No. 1], filed on September 4, 2025.  Petitioner challenges his detention "at 'Alligator Alcatraz' in the middle of the Florida Everglades." Pet. at 1.  However, "Section 2241 petitions may be brought only in the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991).

Since Petitioner is detained in Alligator Alcatraz, which is in Collier County—and because Collier County is in the Middle District of Florida, 28 U.S.C. § 89(b) ("The Middle District comprises the counties of . . . Collier[.]")—the Petition must be transferred there.  Accordingly, the Court having reviewed the Petition, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this action is hereby **TRANSFERRED** to the United States District Court for the Middle District of Florida, Fort Myers Division.  All pending deadlines are hereby **TERMINATED**.  Upon transfer, the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, on this 5th day of September, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**